THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERMAN LEE BARTON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BINDER BROCK,<br><br>Defendant. | CASE NO. C15-1230-JCC-MAT<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation from the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 4). The Court, having reviewed the Report and Recommendation and the remaining record, hereby ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Mary Alice Theiler.

//
//
//
//
//

ORDER
PAGE - 1

DATED this 29 day of October 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE